A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Jun 12, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
JUN 2 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 27, 2009
FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: WASHINGTON MUTUAL, INC., SECURITIES,
DERIVATIVE & "ERISA" LITIGATION
City of San Buenaventura v. Kerry Killinger, et al.,        )
    N.D. California, C.A. No. 3:09-1980 JSW                 )        MDL No. 1919

### CONDITIONAL TRANSFER ORDER (CTO-3)

On February 21, 2008, the Panel transferred two civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1377 (J.P.M.L. 2008). Since that time, three additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Marsha J. Pechman.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Western District of Washington and assigned to Judge Pechman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Western District of Washington for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Marsha J. Pechman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 12, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the
annexed instruments is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _____
          Deputy

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART ST. LOBBY LEVEL
SEATTLE, WASHINGTON 98101

June 15, 2009

**RECEIVED**
JUN 2 5 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Clerk, US District Court,
Northern District of California
Phillip Burton US Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

IN RE: MDL 1919 IN RE: WASHINGTON MUTUAL, INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION

Dear Clerk:

Enclosed is a certified copy of Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The order became effective on June 12, 2009. We have assigned individual Western District of Washington (WAWD) case number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your files, please refer to the WAWD civil action numbers C09-816MJP. If you are a CM/ECF court you may provided a copy of the case by Electronic Case Filing in PDF format with a certified copy of the docket sheet. Please do not email a login and password to access the case.

| Case Title | Original Case Number | WAWD Case Number |
|---|---|---|
| City of San Buenaventura vs. Kerry Killinger, et al | 3:09-1980 JSW | C09-816MJP |

Sincerely,

BRUCE RIFKIN, CLERK

By: _____
Mary Duett, Deputy Clerk
206-370-8456